**Petition for Permissive Appeal Dismissed as Moot and Memorandum Opinion filed July 15, 2021.**



In The

# Fourteenth Court of Appeals

NO. 14-20-00634-CV
NO. 14-20-00636-CV
NO. 14-20-00637-CV

**HOUSTON ASTROS, LLC AND HOUSTON ASTROS MANAGEMENT, INC., Appellants**

**V.**

**ADAM WALLACH, ROGER CONTRERAS, KENNETH YOUNG, AND ALL OTHERS SIMILARLY SITUATED, Appellees**

**On Appeal from the 152nd District Court
Harris County, Texas
Trial Court Cause Nos. 2020-10637, 2020-11192 & 2020-11221**

## MEMORANDUM OPINION

Appellants Houston Astros, LLC and Houston Astros Management, Inc. petition this court to allow a permissive interlocutory appeal of the September 2, 2020 denial of their traditional motion for summary judgment in favor of appellees

Adam Wallach, Roger Contreras, Kenneth Young, and all others similarly situated. *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014(d).

On July 15, 2021, this court conditionally granted mandamus relief on the same issues raised in this proceeding. Therefore, the subject matter of the petition for permissive appeal is now moot.

Accordingly, the petition for permissive appeal is dismissed.

PER CURIAM

Panel consists of Justices Wise, Bourliot, and Wilson.